AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2019 AUG 16 PM 1: 38
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FREDERICK BROWN | ) | Case No. SA-19-CR-524-(2)-OLG |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **FREDERICK BROWN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1349 - Conspiracy to Commit Wire Fraud
18:1343 and 2 - Wire Fraud
18:1956 - Conspiracy to Commit Money Laundering
18:1028A - Aggravated Identity Theft

Date: 07/23/2019

*Issuing officer's signature*

City and state: San Antonio, TX

Rosanne M. Garza, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/26/2019, and the person was arrested on *(date)* 8/13/2019
at *(city and state)* _____

Date: 8/16/2019

CLARK.TEDDY.F.1455956990
Digitally signed by CLARK.TEDDY.F.1455956990
Date: 2019.08.16 11:01:58 -04'00'

*Arresting officer's signature*

Teddy Clark, Special Agent
*Printed name and title*