RECEIVED
SEP - 3 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

SA-19-CR-524-(2) QLG

United States of America
v.
Frederick Brown,
    Defendant

Case No. 2:19-mj-602

Charging District's Case No.

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) __W.D. of Texas__

I have been informed of the charges and of my rights to:

1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
2) an identity hearing to determine whether I am the person named in the charges;
3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
5) a hearing on any motion by the government for detention;
6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.
[ ] a preliminary hearing.
[ ] a detention hearing.
[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/14/19

_signature_
Defendant's signature

_signature_
Signature of defendant's attorney

Kathryn Newman
Printed name of defendant's attorney

RECEIVED
FILED _____ SERVED ON
ENTERED _____ COUNSEL/PARTIES OF RECORD

AUG 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:19-mj-00602-VCF |
| ) | |
| **FREDRICK BROWN** ) | Charging District's |
| *Defendant* ) | Case No.  19-cr-524 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Western__ District of __Texas__.

The defendant may need an interpreter for this language: __n/a__.

The defendant:     will retain an attorney.

　　　　　　　x  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   August 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

　　　　　　　　　　　　　　　CAM FERENBACH, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　*Printed name and title*



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 1 4 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:19-mj-00602-VCF All Defendants
*Internal Use Only*

SA-19 CR 524-0(4)

Case title: USA v. Brown
Other court case number: SA-19-CR-524-(2)-OLG Western District of Texas

Date Filed: 08/14/2019
Date Terminated: 08/26/2019

Assigned to: Magistrate Judge Cam Ferenbach

### Defendant (1)

**Fredrick Brown**
*TERMINATED: 08/26/2019*

represented by **Kathryn Newman**
Federal Public Defender
411 E. Bonneville, Ave., Ste. 250
Las Vegas, NV 89101
702-388-6577
Email: Kathryn_Newman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
Rule 5

**Disposition**
TRANSMITTED to the Western District of Texas on 8/26/2019

### Plaintiff
**USA**

represented by **Simon Fanzong Kung**
Office of the United States Attorney
US Attorney's Office
District of Nevada
501 Las Vegas Blvd. S, Ste.1100
Las Vegas, NV 89101
702-388-6336
Fax: 702-388-6296
Email: simon.kung@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2019 | 1 | Rule 5(c)(3) Documents Received as to Frederick Brown. Documents received from Western District of Texas include Indictment. (JM) (Main Document 1 replaced on 8/14/2019) (JM). (Entered: 08/14/2019) |
| 08/14/2019 | 2 | MINUTES OF PROCEEDINGS – Initial Appearance in Rule 5(c)(3) Proceeding as to Fredrick Brown held on 8/14/2019 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Simon Kung*; Def Counsel: *Kathryn Newman*; Recording start and end times: *3:07 – 3:29*; Courtroom: *3D*; Defendant is present in custody with leg restraints. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Western District of Texas. Government seeks detention and the court hears arguments. ORDERED defendant is DETAINED. Defendant is remanded to custody. Rule 5 deadline set for 8/28/2019. Status Conference set for 8/28/2019 at 04:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**(no image attached)** (Copies have been distributed pursuant to the NEF – JAR) (Entered: 08/16/2019) |
| 08/14/2019 | 3 | *SEALED* SEALED FINANCIAL AFFIDAVIT by Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 4 | ORDER APPOINTING COUNSEL as to Fredrick Brown. FPD appointed as counsel for Defendant. Subpoenas issued upon request, with exception to out-of-state subpoenas which will require court approval. Signed by Magistrate Judge Cam Ferenbach on 8/14/19. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 5 | WAIVER of Rule 5(c)(3) Hearings filed by Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Fredrick Brown. Defendant committed to District of Western District of Texas. Signed by Magistrate Judge Cam Ferenbach on 8/14/19. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 7 | NOTICE of Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning as to Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 8 | NOTICE of Assertion of Right to be Present in Court Unshackled and Preservation of Appellate Rights as to Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/22/2019 | 9 | ORDER OF DETENTION as to Fredrick Brown. Defendant shall be detained pending trial. Signed by Magistrate Judge Cam Ferenbach on 8/22/19. (Copies have been distributed pursuant to the NEF – MR) (Entered: 08/22/2019) |
| 08/26/2019 | 10 | TRANSMITTAL to the Western District of Texas regarding Rule 5c documents as to Frederick Brown. Transmittal Letter with Sealed Documents sent via e-mail. (JM) (Entered: 08/26/2019) |
| 08/26/2019 | | (Court only) **NON-PUBLIC** Terminated defendant Fredrick Brown and closed Rule 5(c)(3) case. (JM) (Entered: 08/26/2019) |

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
DISTRICT COURT EXECUTIVE/CLERK

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

8/26/2019

U.S. District Court
Western District of Texas

RE:    USA v. Fredrick Brown
        Your Case No. SA-19-CR-524-(2)-OLG
        Our Case No. 2:19-mj-00602

Dear clerk:

      Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the ___Western District of Texas___ and appeared before United States Magistrate Judge ___Cam Ferenbach___ on ___8/14/2019___.

☑ The Defendant has been detained and remanded to the custody of the United States Marshal for transport.

☐ The Defendant was released on a personal recognizance bond and ordered to appear in your court on _____.

   All documents completed in this district may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov.

Thank you.

**DEBRA K. KEMPI, CLERK**
By:

/s/ Justin Matott
_____
Deputy Clerk


Date Received:_____

Received by:_____

CLOSED

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:19-mj-00602-VCF-1

Case title: USA v. Brown  
Other court case number: SA-19-CR-524-(2)-OLG Western District of Texas

Date Filed: 08/14/2019  
Date Terminated: 08/26/2019

Assigned to: Magistrate Judge Cam Ferenbach

**Defendant (1)**

**Fredrick Brown**  
*TERMINATED: 08/26/2019*

represented by **Kathryn Newman**  
Federal Public Defender  
411 E. Bonneville, Ave., Ste. 250  
Las Vegas, NV 89101  
702-388-6577  
Email: Kathryn_Newman@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: FPD*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
Rule 5

**Disposition**  
TRANSMITTED to the Western District of Texas on 8/26/2019

**Plaintiff**

USA     represented by **Simon Fanzong Kung**
Office of the United States Attorney
US Attorney's Office
District of Nevada
501 Las Vegas Blvd. S, Ste.1100
Las Vegas, NV 89101
702-388-6336
Fax: 702-388-6296
Email: simon.kung@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2019 | 1 | Rule 5(c)(3) Documents Received as to Frederick Brown. Documents received from Western District of Texas include Indictment. (JM) (Main Document 1 replaced on 8/14/2019) (JM). (Entered: 08/14/2019) |
| 08/14/2019 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Fredrick Brown held on 8/14/2019 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Simon Kung*; Def Counsel: *Kathryn Newman*; Recording start and end times: *3:07 - 3:29*; Courtroom: *3D*; Defendant is present in custody with leg restraints. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Western District of Texas. Government seeks detention and the court hears arguments. ORDERED defendant is DETAINED. Defendant is remanded to custody. Rule 5 deadline set for 8/28/2019. Status Conference set for 8/28/2019 at 04:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 08/16/2019) |
| 08/14/2019 | 4 | ORDER APPOINTING COUNSEL as to Fredrick Brown. FPD appointed as counsel for Defendant. Subpoenas issued upon request, with exception to out-of-state subpoenas which will require court approval. Signed by Magistrate Judge Cam Ferenbach on 8/14/19. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 5 | WAIVER of Rule 5(c)(3) Hearings filed by Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Fredrick Brown. Defendant committed to District of Western District of Texas. Signed by Magistrate Judge Cam Ferenbach on 8/14/19. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 08/16/2019) |
| | | |

| 08/14/2019 | 7 | NOTICE of Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning as to Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/14/2019 | 8 | NOTICE of Assertion of Right to be Present in Court Unshackled and Preservation of Appellate Rights as to Fredrick Brown. (JQC) (Entered: 08/16/2019) |
| 08/22/2019 | 9 | ORDER OF DETENTION as to Fredrick Brown. Defendant shall be detained pending trial. Signed by Magistrate Judge Cam Ferenbach on 8/22/19. (Copies have been distributed pursuant to the NEF - MR) (Entered: 08/22/2019) |
| 08/26/2019 | 10 | TRANSMITTAL to the Western District of Texas regarding Rule 5c documents as to Frederick Brown. Transmittal Letter with Sealed Documents sent via e-mail. (JM) (Entered: 08/26/2019) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/26/2019 13:34:27 ||||
| PACER Login: | libraryus4502:2653874:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:19-mj-00602-VCF |
| Billable Pages: | 2 | Cost: | 0.20 |

___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG 1 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:19-mj-00602-VCF |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| FREDRICK BROWN, | |
| Defendant. | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent FREDRICK BROWN.

**IT IS FURTHER ORDERED** that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the Office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

**IT IS FURTHER ORDERED** that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED: August 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by: __Kathryn Newman__

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 00014
411 E. Bonneville Ave, #250
Las Vegas Nevada 89101
(702) 388-6577

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Frederick Brown,

Defendant.

Case No. 2:19-mj-602

### ASSERTION OF RIGHT TO COUNSEL, THE RIGHT TO REMAIN SILENT, AND REQUEST TO HAVE COUNSEL PRESENT DURING QUESTIONING

COMES NOW, the Defendant, pursuant to the Supreme Court of the United States opinion in *Montejo v. Louisiana*, after being advised by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, hereby requests formal appointment of counsel and further exercises the right to remain silent. The undersigned hereby formally serves notice to government counsel and all relevant government agencies and departments that the undersigned is also hereby exercising the right to have counsel present during any law enforcement or prosecutorial initiated interrogation and does not consent to the initiation of any such questioning without the presence of counsel.

DATED this 14th day of August 2019

Witnessed by:
RENE L. VALLADARES
Federal Defender

/s/ Kathryn Newman
Assistant Federal Public Defender

Defendant

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
                 COUNSEL/PARTIES OF RECORD

      AUG 1 4 2019

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

vs.                                                     NO. 2:19-mj-602

Frederick Brown

**DEFENDANT**

## ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED AND PRESERVATION OF APPELLATE RIGHTS

I assert my Fifth and Sixth Amendment Rights to be present in court without shackles, and further assert that appearing in court without shackles is necessary to maintain dignity and decorum in the judicial process.

I submit that the Court cannot institute a policy requiring defendants be shackled in every case. Instead, before I may be shackled for any courtroom proceeding, the Court must make an individualized decision on the record that a specific security need particular to me exists.

To order shackling, the Court must make an individualized determination finding that shackling serves a compelling government purpose and the particular shackling method is the least restrictive means for maintaining security and order in the courtroom. In making this determination, the Court should consider whether evidence exists demonstrating: a history of disruptive courtroom behavior; attempts to escape from custody; assaults or attempted assaults while in custody; or a pattern of defiant behavior towards corrections officials and judicial authorities.

Until the Court makes an individualized shackling determination on the record, I request to appear in court without shackles. The shackling determination must be made in my and my counsel's presence, allowing my counsel to object and create an evidentiary record.

This Assertion serves as a standing objection of my right to appear in court unshackled at all future appearances, without the need for me to reassert these rights or re-object to the shackling. This Assertion also preserves my right to appeal the Court's shackling decisions.

_____
Defendant's Signature

_____
Attorney's Signature

8-14-19
Date and time

Kathryn Newman
Attorney Name, AFPD
411 E. Bonneville Ave, #250, Las Vegas, NV